_____

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: September 29, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: Patricia L. Smith | Case no. 13-01920-ee |
| | Chapter 7 |
| Debtor | |
| | |
| Trustmark National Bank and | |
| Chapter 7 Trustee, Derek A. Henderson | Plaintiffs |
| | |
| vs. | AP no. 16-00050-ee |
| | |
| Patricia L. Smith, Rodney A. Woodruff, | Defendants |
| Bridgett D. HughesAnderson, Advanced | |
| Modular Homes and Developments, LLC, | |
| and Stone Source A Granite and Marble | |
| Company, Inc. | |

### AGREED ORDER EXTENDING TIME TO FILE ANSWER

This matter is before the Court on consideration of a motion *ore tenus* for an extension of time to file an answer for Defendant, Rodney A. Woodruff, in the above styled and numbered adversary proceeding and the Court, after having considered this matter and being fully advised in the premises, is of the opinion that Defendant, Rodney A. Woodruff, should have until October 18, 2016, by agreement of the parties.

IT IS THEREFORE ORDERED that by agreement of the parties the deadline for Defendant, Rodney A. Woodruff, to file his answer is hereby extended to October 18, 2016.

##END OF ORDER##

Approved for Entry:

*/s/ R. Michael Bolen*
R. MICHAEL BOLEN
Miss. Bar 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com
Attorneys for Rodney A. Woodruff


*/s/ Timothy J. Anzenberger*
TIMOTHY J. ANZENBERGER
Miss Bar
COPELAND, COOK, TAYLOR & BUSH, P.A.
ATTORNEYS AT LAW
P. O. BOX 6020
RIDGELAND, MISSISSIPPI 39158
tanzenberger@cctb.com
Attorneys for Trustmark


*/s/ Derek A. Henderson*
DEREK A. HENDERSON
CHAPTER 7 TRUSTEE
ATTORNEY AT LAW
SUITE 103
1765-A LELIA DRIVE
JACKSON, MISSISSIPPI 39216
d_henderson@bellsouth.net
Attorney for the Chapter 7 Case Trustee