COPELAND COOK TAYLOR & BUSH

William H. Leech
(601) 427-1312
bleech@cctb.com

October 6, 2016

Danny L. Miller, Clerk of Court
United States Bankruptcy Court
Southern District of Mississippi
501 E. Court Street
Jackson, Mississippi 39201

  Re:  *Trustmark National Bank and Chapter 7 Trustee Derek Henderson v. Patricia Smith et al.,* Adversary Proc. #16-00050-EE

  Subject: Reissuance of Summons as to Defendant Stone Source, A Granite and Marble Company, Inc.

Hon. Danny L. Miller:

  On September 7, 2016, Trustmark National Bank ("Trustmark") served a copy of the Summons and Complaint on Defendant Stone Source, A Granite and Marble Company, Inc. ("Stone Source"), as evidenced by the Proof of Service filed in this case (Dkt. # 15). That mailing, however, was returned to Trustmark's undersigned counsel. Trustmark therefore requests that a Summons be reissued as to Stone Source.

  With kindest regards, we remain

           Respectfully,

           COPELAND, COOK, TAYLOR & BUSH, P.A.

           *William H. Leech*

           William H. Leech

JACKSON | RIDGELAND
600 Concourse, Suite 100
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157

P.O. Box 6020
Ridgeland, MS 39158

Tel (601) 856-7200
Fax (601) 856-7626

GULF COAST | HATTIESBURG

www.copelandcook.com