# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: PATRICIA L. SMITH, DEBTOR. | CHAP. 7 CASE #13-01920-EE |
| TRUSTMARK NATIONAL BANK AND CHAPTER 7 TRUSTEE DEREK A. HENDERSON | PLAINTIFF(S) |
| V. | ADVERSARY PROC. #16-00050-EE |
| PATRICIA L. SMITH, RODNEY A. WOODRUFF, BRIDGET D. HUGHES-ANDERSON, ADVANCED MODULAR HOMES AND DEVELOPMENTS, LLC, AND STONE SOURCE A GRANITE AND MARBLE COMPANY, INC. | DEFENDANT(S) |

PARTIES NOTICED:

    Timothy J. Anzenberger, Esq.    Derek A. Henderson, Trustee
    William H. Leech, Esq.    Ron McAlpin, U.S. Trustee's Office
    R. Michael Bolen, Esq.

## NOTICE SCHEDULING PRETRIAL CONFERENCE

The Court hereby orders and directs that a **PRETRIAL CONFERENCE** will be held in the above-styled adversary proceeding on **TUESDAY, DECEMBER 20, 2016, at 10:00 A.M.**, at the United States Federal Courthouse, Bankruptcy Courtroom 4D, 4th Floor, 501 East Court Street, Jackson, Mississippi.

Testimony will not be taken. Witnesses should not attend.

THE ATTORNEY FOR EACH PARTY AND ANY UNREPRESENTED PARTY SHALL READ BANKRUPTCY RULE 7016 AND RULE 16 FEDERAL RULES OF CIVIL PROCEDURE IN PREPARATION FOR THE CONFERENCE.

THE ATTORNEYS AND ANY UNREPRESENTED PARTIES ARE REQUIRED TO DISCUSS SETTLEMENT POSSIBILITIES AT LEAST SEVEN (7) DAYS PRIOR TO THE CONFERENCE.

Pursuant to Local Rule 9013-1(e), within fourteen (14) days after the conference, the attorneys and any unrepresented parties shall submit an order reciting the action taken.

Should an attorney for a party or an unrepresented party fail to appear or to comply with the directions set out herein, or in aforesaid Rule 16, a Judgment or other appropriate order may be entered and sanctions imposed.

DATED: November 18, 2016.

        **EDWARD ELLINGTON**
        **UNITED STATES BANKRUPTCY JUDGE**

Judge Ellington's Settlement Line: 601-608-4643
Judge Ellington's Chambers: 601-608-4670