# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: PATRICIA L. SMITH, DEBTOR. | CHAP. 7 CASE #13-01920-EE |
| TRUSTMARK NATIONAL BANK AND<br>CHAPTER 7 TRUSTEE DEREK A. HENDERSON | PLAINTIFF(S) |
| V. | ADVERSARY PROC. #16-00050-EE |
| PATRICIA L. SMITH, RODNEY A. WOODRUFF,<br>BRIDGET D. HUGHES-ANDERSON, ADVANCED<br>MODULAR HOMES AND DEVELOPMENTS, LLC,<br>AND STONE SOURCE A GRANITE AND MARBLE<br>COMPANY, INC. | DEFENDANT(S) |

## ORDER RESETTING PRETRIAL CONFERENCE

**THIS CAUSE** having come on this date on the **PRETRIAL CONFERENCE** held on December 20, 2016 (Adv. Dkt. #25), in the above-styled adversary proceeding and the Court having considered the facts herein, finds that the **PRETRIAL CONFERENCE**, should be continued and reset.

**IT IS THEREFORE ORDERED** that the **PRETRIAL CONFERENCE** is hereby continued and reset to **TUESDAY, JANUARY 31, 2017, at 10:00 O'CLOCK A.M.**

**SO ORDERED** on December 20, 2016.

EDWARD ELLINGTON
UNITED STATES BANKRUPTCY JUDGE