## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  PATRICIA L. SMITH,                                    CHAP. 7 CASE #13-01920-EE

TRUSTMARK NATIONAL BANK AND CHAPTER 7                                    PLAINTIFF(S)
TRUSTEE DEREK A. HENDERSON

V.                                                          ADVERSARY PROC. #16-00050-EE

PATRICIA L. SMITH, RODNEY A. WOODRUFF,
BRIDGET D. HUGHES-ANDERSON, ADVANCED
MODULAR HOMES AND DEVELOPMENTS, LLC,
AND STONE SOURCE A GRANITE AND MARBLE                                    DEFENDANT(S)
COMPANY, INC.


## CASE MANAGEMENT ORDER


To:     William H. Leech, Esq.
        Timothy J. Anzenberger, Esq.

        Please take the appropriate steps to move forward the above-styled adversary proceeding
against **Defendants: Patricia L. Smith, Bridget D. Hughes-Anderson, Advanced Modular Homes
and Developments, LLC and Stone Source A Granite and Marble Company, Inc.** regarding the
*Complaint* (Adv. Dkt. #1) filed by you on behalf of the Plaintiff on August 15, 2016 (the
"Adversary").  The Court hereby directs you to tender within fourteen (14) days to the Clerk of this
Court for consideration the following paperwork or follow the procedures required for expeditious
case management in this case:

-   *Application for entry of default with supporting affidavit, application for default judgment
    and proposed form of judgment (**as to the above-named Defendants only**).*

-   *In the alternative, Plaintiff(s) may tender a motion to dismiss the Adversary with a
    proposed dismissal order (**as to the above-named Defendants only**).*

        DATED: January 19, 2017.


                        **EDWARD ELLINGTON**
                        **UNITED STATES BANKRUPTCY JUDGE**


cc:

Patricia L. Smith                          Tom P. Calhoun, Esq.
109 Clarkdell Road                         Atty of Record for Debtor in Main Case
Madison, MS 39110                          Law Office of Tom P. Calhoun, III, Inc.
                                           115 E Washington Street
                                           Greenwood, MS 38930

Bridgett D. Hughes-Anderson
8 Country Club Drive E
Destin, FL 32541

Robert Lewis Spotswood, Esq.
Atty of Record for Debtor in Main Case
Spotswood Law Firm
P.O. Box 180118
Richland, MS 39218

Advanced Modular Homes & Developments,
LLC c/o Patricia L. Smith
109 Clarkdell Road
Madison, MS 39110

Derek A Henderson, Trustee
1765-A Lelia Drive
Suite 103
Jackson, MS 39216

Stone Source A Granite and Marble
Company, Inc.
c/o Patricia L. Smith
109 Clarkdell Road
Madison, MS 39110

United States Trustee's Office