Form hna02npo (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Patricia L. Smith                                                       CASE NO. 13−01920−NPO

    DEBTOR.                                                         CHAPTER 7

TRUSTMARK NATIONAL BANK AND DEREK                      PLAINTIFFS
A. HENDERSON, CHAPTER 7 TRUSTEE

VS.                                                                     ADV. PROC. NO. 16−00050−NPO

PATRICIA L. SMITH, RODNEY A. WOODRUFF                       DEFENDANTS
(DECEASED), BRIDGETT D.
HUGHES−ANDERSON, ADVANCED MODULAR
HOMES & DEVELOPMENTS, LLC, STONE
SOURCE A GRANITE AND MARBLE
COMPANY, INC., AND ROCK ON KITCHEN &
BATH, INC.

## NOTICE OF HEARING AND DEADLINES

    John F. Hawkins, Esq. has filed a Motion to Withdraw as Counsel (the "Motion") (Dkt. #132) with the Court in the above−styled adversary proceeding.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on January 14, 2019, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before January 9, 2019 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

    Dated: 12/19/18                                                               Danny L. Miller, Clerk of Court
                                                                                      U.S. Bankruptcy Court
                                                                                      501 East Court Street, Suite 2.300
                                                                                      P.O. Box 2448
                                                                                      Jackson, MS 39225−2448
                                                                                      601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

William H. Leech, Esq.

Christopher H. Meredith, Esq.

Derek A. Henderson, Esq.

R. Michael Bolen, Esq.

John F. Hawkins, Esq.

Patricia L. Smith, Defendant

Olivia Spencer, Esq.

United States Trustee